470 S.E.2d 612

**VDO YAZAKI COMPANY, et al., Appellants,**

v.

**Robin S. SNYDER, Appellee.**

**Record No. 0567-95-4.**

Court of Appeals of Virginia.

May 21, 1996.

An order dated April 3, 1996 was received from the Supreme Court of Virginia on April 23, 1996 and is recorded as follows:

VDO Yazaki Company, et al., Appellants,

against

Robin S. Snyder, Appellee.

Record No. 960470

Court of Appeals No. 0567–95–4

From the Court of Appeals of Virginia

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.